

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge If Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466-2 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Marilyn Rainey | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Jack P. Rimland is appointed as counsel for defendant. Defendant informed of her rights. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges in the indictment and maximum penalties. Defendant enters a plea of not guilty to counts 7, 9-12 and 16 of the indictment. Defendant waives bond hearing and is ordered detained until further order of court. Rule 16.1 conference to be held by 08/01/08. Status hearing set for 08/27/08 at 9:15 a.m. In the interest of justice, the Government's oral motion to exclude time from 7/16/08 through and including 08/27/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | CDH |
|---|---|---|