08cr 466-02    GH

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: USA v.s. Freddie Johnson

**FILED**
AT JUL 16 2008
JUL 16 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): Marilyn Rainey

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08-CR 466-02
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED  SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
VALUE  DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:  Creditors: DNA - Presently serving Bob Sentence  Total Debt  Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7-16-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► Marilyn Rainey