IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 cr 466-02 |
| | ) | |
| FREDDIE JOHNSON, | ) | |
| | ) | Honorable Matthew F. Kennelly |
| Defendant. | ) | |

**DEFENDANT'S EMERGENCY MOTION FOR PERMISSION TO TRAVEL**

**NOW COMES** the Defendant, **MARILYN RAINEY**, by and through her attorney, **JACK P. RIMLAND**, and respectfully moves this Honorable Court for the entry of an Order advancing this cause and allowing her to travel to Christian Love M.B. Church on August 2, 2008 from 9:00 a.m. through and including 5:00 p.m. to attend her mother's wake and burial in support thereof states as follows:

1. Defendant is charged with Fraud.

2. The defendant is fully aware of the consequences of any failure to appear in the U.S. District Court.

3. Defendant wishes to travel to Christian Love M.B. Church located at 535 N. Spaulding, Chicago, Illinois from 10:00 a.m. through 12:00 p.m. to attend the wake/memorial service of her mother Quien Alexander, who passed away on July 20, 2008.

4. Defendant then wishes to attend her burial at 3:00 p.m. located at Forest Home Cemetery, located at 863 Des Plaines Avenue, Forest Park, Illinois.

**WHEREFORE,** defendant respectfully prays that this Court enter an Order allowing

Defendant to travel to attend her mother's wake and burial.

                                      Respectfully submitted,


                                      "c/s" Jack P. Rimland
                                      Jack P. Rimland
                                      Attorney for Defendant
                                      820 W. Jackson Blvd., Suite 300
                                      Chicago, IL 60607
                                      312-831-1500