IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CR 466-02 |
| | ) | |
| FREDDIE JOHNSON, | ) | |
| | ) | Honorable Matthew F. Kennelly |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

Please take notice that on **Tuesday, July 29, 2008**, I shall appear before the Honorable Judge Jeffrey Cole in the Courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, at **8:30 AM** and present Defendants Marilyn Rainey's Emergency Motion For Permission to Travel Electronically , a copy of which is herewith served upon you.

### CERTIFICATE OF SERVICE

Jack P. Rimland, an attorney certifies that on July 22, 2008, he served electronically this Notice and the document of documents referred to therein on the attorney to whom the Notice is addressed electronically.

S/Jack P. Rimland
Jack P. Rimland, Attorney

Jack P. Rimland,
Attorney for the Defendant
820 West Jackson Blvd., Suite 300
Chicago, Illinois 50504
312-831-1500