# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00466
　　　　　　　　　　　　　　　　　　Honorable Samuel Der−Yeghiayan

Freddie Johnson, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

    MINUTE entry before the Honorable Jeffrey Cole:Minute order of 7/16/08 is corrected to reflect that the status hearing is set for 8/27/08 at 9:15 a.m. before Judge Der−Yeghiayan. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.