## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Freddie Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 12/03/08 at 9:30 a.m. as to all Defendants. Pretrial motions are to be filed by 10/28/08. Responses to the pretrial motions, if any, are to be filed by 11/19/08. In the interest of justice, the Government's oral motion to exclude time through and including 12/03/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection. As stated on the record, Defendants personal appearances are hereby waived for the 12/03/08 status hearing. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|